U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY 22  A 10: 09

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

In Re: Application for Exemption from              )
the Electronic Public Access Fees                 )        Misc. Case No. 2:26-mc-63
by Ron Lai Yu Ten                                 )

This matter is before the court upon the application and request by Ron Lai Yu Ten for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The court finds that Ron Lai Yu Ten as a Ph.D. researcher at Bayes Business School falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ron Lai Yu Ten has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ron Lai Yu Ten shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his research at Bayes Business School. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1.    this fee exemption applies only to Ron Lai Yu Ten and is valid only for the purposes stated above;
2.    this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3.    by accepting this exemption, Ron Lai Yu Ten agrees not to sell for profit any data obtained as a result of receiving this exemption;
4.    Ron Lai Yu Ten is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
5.    this exemption is valid through June 26, 2026.

This exemption may be revoked at the discretion of the court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated at Burlington, in the District of Vermont, this _22_ day of May, 2026.

Christina Reiss, Chief Judge
United States District Court